UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONA SALCIDA MURILLO, | No. 2:23-cv-00667-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| D. GODFREY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.[1] To proceed with a civil action a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Plaintiff has neither paid the fee nor submitted an application for leave to proceed in forma pauperis.

Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a). The Clerk of the Court is directed to mail

/////

/////

---

[1] This action originated on March 22, 2018 in the United States District Court for the Central District of California. On April 10, 2023, that court severed and transferred to this court "the remaining portion of claim Eight (the portion predicated on federal law against M. Allen, A. Miliken, and B. Campbell in individual capacities)." ECF No. 1 at 1.

1

to plaintiff a form application for leave to proceed in forma pauperis. Failure to comply with this order will result in dismissal of this action.

So ordered.

Dated: April 14, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE