UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONA SALCIDA MURILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. GODFREY, et al.,<br><br>　　　　Defendants. | No.  2:23-cv-00667-KJM-EFB (PC)<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding without counsel this action brought under 42 U.S.C. § 1983.  Plaintiff asks for an order extending the time for her to respond to the pending motion to dismiss.  ECF No. 59.  Defendants do not oppose the request.  ECF No. 61.

　　　　The motion for extension of time (ECF No. 59) is granted, and plaintiff shall file her opposition brief within 30 days of the date of the court's ruling on her request for district judge review (ECF No. 55).

　　　　So ordered.

Dated: August 23, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1